UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN WILKERSON,
    Petitioner,

vs.                                        Case No.: 3:21cv592/LAC/EMT

M.V. JOSEPH,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

      Petitioner commenced this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1). On May 19, 2021, the court issued an order directing Petitioner to either submit two copies of his habeas petition or pay $6.00 to the clerk of court for production of the copies (ECF No. 8). The court set a thirty-day deadline for Petitioner to comply with the order (*see id.*). The court subsequently extended the deadline to July 16, 2021 (*see* ECF No. 12).

      Petitioner did not comply with the court's order by the deadline; therefore, on July 30, 2021, the court issued an order directing Petitioner to show cause, within thirty days, why this case should not be dismissed for his failure to comply with an order of the court (ECF No. 13). The court notified Petitioner that his failure to comply with the show cause order would result in a recommendation of dismissal of this case (*see id.*). The thirty-day deadline has passed, and Petitioner has not

submitted the service copies, paid for production of the copies,[1] or responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus (ECF No. 1) be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 9th day of September 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] The court verified with the financial services division of the clerk's office that no payment has been received by or on behalf of Petitioner except payment of the $5.00 filing fee on May 11, 2021 (*see* ECF No. 5).

Case No.: 3:21cv592/LAC/EMT